NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAMES R. BARNES,             )
                                      )
          Appellant,    )
                                        )
v.                           )     Case No. 2D18-855
                                        )
STATE OF FLORIDA,     )
                                        )
          Appellee.     )
_____)

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Ramiro Manalich, Judge.

James R. Barnes, pro se.


PER CURIAM.


          Affirmed.


VILLANTI, SLEET, and BADALAMENTI, JJ., Concur.